IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LILLIAM MATAMOROS, and similarly situated individuals,,<br><br>Plaintiff,<br>vs.<br><br>MAGIC TOUCH PROFESSIONAL CLEANING LLC, and DAVID PEREZ, individually,<br><br>Defendants. | Civil Action No. 2:17-cv-05828-JMV-JBC<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a), the Parties to this matter, through their attorneys, stipulate and agree that the instant action, shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.  The Court shall retain jurisdiction of this matter for sixty (60) days, to enforce the terms of the parties' settlement agreement, if needed.

For the Plaintiff

Dated: 3/26/18

/s Andrew I. Glenn_____
Andrew I. Glenn, Esquire
Email: aglenn@jaffeglenn.com
New Jersey Bar No.: 026491992
**JAFFE GLENN LAW GROUP, P.A.**
301 N. Harrison Street, Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiff*

For the Defendants

Dated: 3/16/18

/s Robert Marshall, Esq._____
Robert Marshall, Esquire
Robert M. Marshall, L.L.C.
155 Willowbrook Blvd.
Wayne, N.J. 07470
(973) 812-4499 telephone
(973) 812-4489 fax
rmarshall@mqlaw.net
*Attorney for Defendants*

**IT IS SO ORDERED**:

DATED: 3/16/18_____

_____
Honorable John Michael Vazquez, U.S.D.J.